IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01407-REB-MEH

MICHAEL J. FOX,

    Plaintiff,

v.

FREMONT SCHOOL DISTRICT RE-1, and
DR. ROBIN GOOLDY, in his individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 27, 2009.**

    The Stipulated Motion to Vacate Settlement Conference [filed October 26, 2009; docket #18] is **granted**. The Settlement Conference set for November 2, 2009, is **vacated**. The parties shall submit dismissal papers on or before **November 30, 2009**.