**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01407-REB-MEH

MICHAEL J. FOX,

      Plaintiff,

v.

FREMONT SCHOOL DISTRICT RE-1, and
DR. ROBIN GOOLDY, in his individual capacity,

      Defendant.

### **ORDER** OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal** [#21] filed November 11, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#21] filed November 11, 2009, is **APPROVED**;

2. That the Trial Preparation Conference set for June 25, 2010, is **VACATED**;

3. That the jury trial set to commence July 12, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 12, 2009, at Denver, Colorado.

                                            BY THE COURT:

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge